UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Dwight Thomas__

(In the space above enter the full name(s) of the plaintiff(s).)

11 CIV. 6588

v.

Defendant No. 1 __Lazaro Suarez-Villamil__

Defendant No. 2 __Lorena Mongelli__

Defendant No. 3 __Doug Auer__

Defendant No. 4 __John Doyle__

Defendant No. 5 __A.D.A. Cherkasky__

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓  No ___
(check one)

RECEIVED
SEP 06 2011
PRO SE OFFICE

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name __Dwight Thomas__
ID # __11A-3556__
Current Institution __Downstate Correctional Facility__
Address __Box F, Red Schoolhouse Road, Fishkill, N.Y. 12524__

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name  LAZARO SUAREZ VILLAMIL   Shield # 05605
Where Currently Employed
Address  BORO MANHATTAN SPECIAL VICTIM SQUAD

Defendant No. 2   Name  LORENA MONGELLI   Shield # _____
Where Currently Employed
Address  NEW YORK POST

Defendant No. 3   Name  DOUG AUER   Shield # _____
Where Currently Employed
Address  NEW YORK POST

Defendant No. 4   Name  JOHN DOYLE   Shield # _____
Where Currently Employed
Address  NEW YORK POST

Defendant No. 5   Name  A.D.A. CHERKASKY   Shield # _____
Where Currently Employed
Address  MANHATTAN DISTRICT ATTORNEY OFFICE

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? _____

B.  Where in the institution did the events giving rise to your claim(s) occur? _____

C.  What date and approximate time did the events giving rise to your claim(s) occur? _____

2

D. Facts: On Nov-18-2011, I was Arrested by Detective Lazaro Suarez Villamil while in the custody of Police Officer Brian Devlin Shield# 17748 at the 19th Precinct, and charged with P.L. 110/130.35(1) On 5/5/2011 I was taken to Court and the charges was Dismissed on motion of the District Attorney The case was being covered by A.D.A. Cherkasky, The following

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Suffering, Slander, False Arrest, Pain and Defamation of Character Malicious Prosecution, Mental Abuse

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   Yes ___   No ✓

3

Statement of facts                    page two

Defendants whom work for the New York Post Lorena Mongelli, Doug Auer, John Doyle Submitted a artical in the Post Dated (Nov-26-2010) Defamation of my character And saying I was arrested 56 times career crook molested a women in a hotel, Put my life in Danger And Ive obtained my Rap Sheet Response Dated 11/18/2010 which shows Ive only been arrested 28 times

All Defendants caused unrepairable Damage to my community ties

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes _____ No _____

1. If YES, whom did you inform and when did you inform them? _____
_____
_____

2. If NO, why not? _____
_____
_____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**
State what you want the court to do for you. *Plaintiff seeks compensatory damages in the amount of one million dollars for violation of his Civil Rights, and one million Dollars for punitive damages for the Malicious Prosecution.*

**VI. Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes _____ No ✓

[On these claims]

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

| On other claims |

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes \_\_\_\_ No \_\_\_\_

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit: _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

If NO, give the approximate date of disposition _____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

Signed this 31 day of AUG, 2011. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: Dwight Thomas
Inmate Number
Mailing address: Box F Redschool House Road Fishkill, N.Y. 12524-0445

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 31 day of AUG, 2011, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Dwight Thomas

rev. 09/04