USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DWIGHT THOMAS,                                                    :
                         Plaintiff,                                 :
                                                                      : 11 Civ. 6588 (JMF) (JCF)
        -v-                                                        :
                                                                      : ORDER ADOPTING
LOZARO SUAREZVILLAMIL, LORENA                                     : REPORT AND
MONGELLI, DOUG AUER, JOHN DOYLE,                                  : RECOMMENDATION
:
                         Defendants.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     This *pro se* civil rights action alleging false arrest, malicious prosecution, and defamation was referred to Magistrate Judge James C. Francis for a Report and Recommendation. In a Report and Recommendation filed on August 8, 2012, Magistrate Judge Francis recommended that the complaint be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure because service on defendants was not effected.

     In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g., Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). This clearly erroneous standard also applies when a party

makes only conclusory or general objections, or simply reiterates his original arguments. *See, e.g., Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008).

In the present case, the Report and Recommendation advised the parties that they had 14 days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. In addition, it expressly called Petitioner's attention to Rule 72 of the Federal Rules of Civil Procedure and Title 28, United States Code, Section 636(b)(1). Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, Plaintiff has waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is adopted in its entirety and the complaint is dismissed. The Clerk of Court is directed to close this case and to send a copy of this Order to the Plaintiff.

Finally, this Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 4, 2012
    New York, New York

JESSE M. FURMAN
United States District Judge